United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff,<br><br>v.<br><br>Norma Isabel Borgono, aka Norma Isabel Borgono Bedoya, Defendant. | Civil Action No. 18-21835-Civ-Scola |

**Consent Judgment Revoking Naturalization and Order Setting Hearing**

The Court having considered the complaint filed by the Government against Defendant Norma I. Borgono and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a joint motion for the entry of a consent judgment; and Defendant having admitted that she illegally procured her naturalization as described in the complaint and joint motion; it is hereby **ordered** as follows:

(1)  The Court **grants** the joint motion for a consent judgment (**ECF No. 60**);

(2)  In accordance with the joint motion, judgment is **entered** in favor of the United States and against Defendant;

(3)  The Court concludes that Defendant illegally procured her U.S. citizenship;

(4)  The order admitting Defendant to U.S. citizenship is **revoked** and **set aside**, effective as of the original date of the order, December 20, 2007;

(5)  Certificate of Naturalization No. 30333315 is **canceled**, effective as of the original date of the certificate, December 20, 2007;

(6)  Defendant is forever restrained and enjoined from claiming any rights, privileges, benefits, or advantages under any document which evidences U.S. citizenship obtained as a result of her December 20, 2007 naturalization;

(7)  Defendant shall, within ten days of the date of this order, surrender and deliver her certificate of naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in her possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that she knows are in the possession or control of others) to counsel for the United States,

Michael A. Celone; and

(8) The Parties, through counsel, shall appear in person for a compliance hearing on **April 3, 2020, at 9:00 am**, at the Wilkie D. Ferguson, Jr., United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida, at which Defendant must demonstrate that she has complied with this judgment, unless the United States provides notice that Defendant has fully complied and this judgment is satisfied, in which case such hearing will be canceled.

**Done and ordered** at Miami, Florida, on February 13, 2020.

_____
Robert N. Scola, Jr.
United States District Judge